UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD M. WILLIAMS,<br>　　　　Plaintiff,<br>　　v.<br>BREWEN,<br>　　　　Defendant. | Case No. 22-cv-04695-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not filed an amended complaint by the deadline. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with the Court's order, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page, and (ii) contain an amended complaint that complies in all respects with the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 29, 2023

_____
　　　RICHARD SEEBORG
　　Chief United States District Judge